To: Court of Criminal Appeals Clerk
Abel Acosta
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Date: 11/9/15
40,589-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk

Re: Ex Parte
Keith Ayala
Tr. Ct. Case No. 2013-DCR-00064-A

Dear Clerk:

Enclosed, Please find a Supplemental Memorandum in Support of Applicant's Petition for Post-Conviction Remedy Pursuant to Article 11.07 Tex. C.C.P., and Brief in Support.

Please file these documents and Present to the Honorable Court.

Please return notice on ruling to the applicant mentioned below. Thank You for Your Assistance.

Respectfully submitted

Keith Ayala

Keith Ayala
TDCJ No. 1946410
Dominguez State Jail
6535 Cagnon Rd.
San Antonio, Texas 78252

# In The Court of Criminal Appeals of Texas

Tr. Ct. Case No. 2013-DCR-00064-A

Ex Parte

Keith Ayala

§
§
§
§

In The Judicial District
107th District Court
Cameron County, Texas

## Supplemental Memorandum
## Responding to State's Allegations

Before... The Honorable Judges' Decision:

Now Comes, Keith Ayala, Defendant/Applicant Pro Se, and files his Supplemental Memorandum in Support of his Application for Writ of Habeas Corpus Pursuant to Article 11.07, Texas Code of Criminal Procedure.

## Neccesitty for Hearing

Mr. Ayala, the applicant, SUBMITS AFFIDAVIT TO 107TH COURT that resolves controverted issues that are the basis for his claim. Therefore, urges the Honorable Court that a hearing be scheduled. Thereafter, the affiant be subpoenaed so that this matter be resolved at said hearing.

## Conclusion

Wherefore, Premises Considered, Mr. Ayala, Prays the Court to find sufficient facts for Relief to be Granted. Thereafter, schedule an evidentiary hearing so this matter may be resolved.

Date: 11/9/15

Respectfully submitted,

Keith Ayala #9446410